IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILLIAM HAMBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2-04-0106 ) Judge Haynes |
| ANSEI AMERICA, INC., | ) ) |
| Defendant. | ) |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 20) is **GRANTED**. Defendant's motion for judgment on the record (Docket Entry No. 23) and Defendant's motion to continue trial and schedule mediation (Docket Entry No. 36) are **DENIED**. This action is **DISMISSED** with prejudice. Each party shall bear its own costs. This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of October, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge